IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JERRY J. PAINADATH,

       *Plaintiff,*

    v.

MELISSA LATTANZIO, et al.,

       *Defendants.*

CIVIL ACTION

NO. 22-3604

## ORDER

**AND NOW**, this 19th day of July, 2023, upon consideration of Defendants'
Motion to Dismiss (ECF 21) and all responses thereto (ECF 22, 23 & 24), it is hereby
**ORDERED** that Defendants' Motion is **GRANTED**.  Painadath's claims against
Lattanzio, Blanden and Belton are **DISMISSED with prejudice** and those defendants
are dismissed from the case.

The claims against Good Shepherd Penn Partners are **DISMISSED without
prejudice**.  Painadath may amend his claims against GSPP on or before September 1,
2023, if he can allege facts sufficient to state a claim against GSPP.  Failure to do so
will result in dismissal of the claims against GSPP.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.