IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY J. PAINADATH,<br><br>   *Plaintiff,*<br><br>v.<br><br>MELISSA LATTANZIO, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 22-3604 |

# ORDER

**AND NOW**, this 26th day of April, 2024, upon consideration of Plaintiff's Third Amended Complaint (ECF No. 52), Defendant's Motion to Dismiss (ECF No. 53), Plaintiff's Response (ECF No. 55), Plaintiff's Motion to Strike (ECF No. 54), and Defendant's Response (ECF No. 57), it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss is **GRANTED** in part and **DENIED** in part. Painadath's disparate treatment and hostile work environment claims based religious discrimination are **DISMISSED** with prejudice. All discrimination claims based on sex and national origin discrimination survive. The disparate impact claim against Catholics also remains, as do the OAPSA retaliation and ACA whistleblower claims that survived the previous motion to dismiss. *See* (ECF No. 51).

2. Plaintiff's Motion to Strike is **DENIED**.

BY THE COURT:

  */s/ Gerald J. Pappert*
  GERALD J. PAPPERT, J.