IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY J. PAINADATH,<br><br>       *Plaintiff,*<br><br>v.<br><br>GOOD SHEPHERD PENN PARTNERS,<br><br>       *Defendant.* | CIVIL ACTION<br>NO. 22-3604 |

## ORDER

**AND NOW**, this 4th day of November, 2024, upon consideration of Defendant's Motion for Sanctions (ECF No. 73), Painadath's Response in Opposition (ECF No. 76), and Defendant's Reply in Support (ECF No. 79), and after a hearing (ECF No. 80), it is hereby **ORDERED** that the Motion is **GRANTED** and Painadath's Title VII claims are **DISMISSED WITH PREJUDICE**.

                                                        BY THE COURT:

                                                    ***/s/ Gerald J. Pappert***
                                                    Gerald J. Pappert, J.