# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY J. PAINADATH, *Plaintiff,* v. GOOD SHEPHERD PENN PARTNERS, *Defendant.* | CIVIL ACTION NO. 22-3604 |

## ORDER

**AND NOW**, this 24th day of January, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 91), Painadath's Response (ECF No. 92), and Defendant's Reply (ECF No. 97), it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment as to Counts I and V is **GRANTED** and judgment shall be entered in favor of Good Shepherd Penn Partners.[1]
2. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1] All other counts were previously dismissed with prejudice. (ECF No. 89.)